# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ALLEN CAHILL

Docket No. 3:03CR00288(JCH)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Deborah S. Palmieri, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Allen Cahill who was sentenced to 5 years' probation for a violation of Embezzlement of Labor Union Funds by the Honorable Janet C. Hall, U.S. District Judge sitting in the Court at Bridgeport, Connecticut on September 1, 2004, who fixed the period of probation at 5 years which commenced on September 1, 2004 and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: 1)The defendant is to be placed on home confinement with electronic monitoring for the first four months of probation. The Probation Office shall bear the monthly cost of the monitoring. The defendant shall make all provisions for the appropriate installation, operation and comply with all the conditions of electronic monitoring imposed by the probation officer. The defendant shall pay for the installation costs of electronic monitoring; 2) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all, or a portion of the costs associated with treatment based on his ability to pay, in an amount to be determined by the probation officer; 3) The defendant shall pay restitution in the amount of $9,532.19. The defendant will pay $125.00 per month to Pace Local 745, as stated in the separate restitution order to be filed. The offender is scheduled to complete supervision on August 31, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of probation:

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue to serve as a detainer, tolling the period of Probation so that Allen Cahill may appear in Court at Bridgeport, Connecticut to show cause why his probation shall not be revoked.

**ORDER OF COURT**

Considered and ordered this 6 day of March 2007 and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to By

Deborah S. Palmieri
Senior United States Probation Officer

Place   New Haven, CT

Date   3-6-07

Before me, The Honorable Ellen Bree Burns, Senior United States District Judge, on this 6 day of March 2007 at Bridgeport, Connecticut, Senior U.S. Probation Officer Deborah S. Palmieri appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge

### Charge No. 1 - Condition Violated:
Standard Condition: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to any controlled substance except as prescribed by a physician."

On October 12, 2006, the offender reported that due to excessive alcohol use, he had been admitted to South Central Rehabilitation Center in New Haven, Connecticut. He was reportedly inpatient from October 6 through October 9, 2006. On December 5, 2006, the offender reported to the Probation Office under the influence of alcohol. Mr. Cahill admitted to using alcohol prior to reporting to the office. On February 26, 2007, the offender had been using alcohol prior to his arrest for Threatening 2nd Degree.

### Charge No. 2 - Condition Violated:
Special Condition: "The defendant shall pay restitution in the amount of $9,532.19. The defendant will pay $125.00 per month to Pace Local 745, as stated in the separate restitution order to be filed."

The offender has made 13 out of 26 restitution payments since the commencement of supervision. The current balance of restitution is $8,007.19. His last payment was December 1, 2006.

### Charge No. 3 - Condition Violated:
Standard Condition: "The defendant shall notify the probation office within seventy-two hours of being arrested or questioned by a law enforcement officer."

On August 21, 2006, the offender and his ex-brother-in-law, Dennis Golden, met with the Meriden Police Department. On this date, Mr. Cahill informed the Meriden Police that while he was "house sitting" for his ex-brother-in-law, on July 13, 2006, he allowed a female friend to stay overnight with him at Mr. Golden's home. Mr. Cahill reported that this female friend stole personal information from Mr. Golden's home and then used this information to purchase cell phones and make purchases using Mr. Golden's credit cards.

On January 20, 2007, the offender was questioned by the Middletown Police Department following a complaint by his live-in girlfriend, Maureen Johnson, that he had traded her laptop computer for narcotics.

Mr. Cahill failed to report questioning by the Meriden Police Department and the Middletown Police Department.

### Charge No. 4 - Condition Violated:
Standard Condition: "The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons."

The defendant has only been sporadically employed since June 2006.

### Charge No. 5 - Condition Violated
Mandatory Condition: "You shall not commit another federal state or local offense."

On February 26, 2007, the offender was arrested by the Middletown Police Department and charged with Threatening 2nd Degree. Mr. Cahill reportedly threatened to kill his live-in girlfriend, Maureen Johnson.

Also, on this date Mr. Cahill was arrested by the Middletown Police Department on a warrant for Larceny 3rd Degree. Mr. Cahill admitted that he traded his girlfriend's laptop computer for $100.00 worth of drugs. On February 28, 2007, Mr. Cahill was arraigned is Middletown Superior Court in Middletown and was ordered held on a $30,000 surety bond. He is currently held at Hartford Community Correctional in Hartford, Connecticut.