UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR288(JCH) |
| ALLEN CAHILL | : | March 15, 2007 |

<u>MEMORANDUM RE: REVOCATION HEARING</u>

"I am here because of me. It's nobody else's fault. I should have listened to Debbie [Palmieri]." Those were the first words that Allen Cahill uttered upon seeing the undersigned counsel at the Hartford Correctional Center yesterday. They were not the words that counsel usually hears from defendants who have violated the conditions of probation. More often, those defendants find fault with their probation officers.

One might reasonably suggest that alcoholics can be manipulative, that Mr. Cahill's words do not match up with his actions, and that he might be less than sincere with his pronouncement. Counsel acknowledges that that scenario is possible but feels in this case it is not likely. Instead, Mr. Cahill's words appear to be the product of sober reflection. He has been incarcerated since February 26, 2007. He has had time to think and to be free from alcohol. He has a clear mind, and he has correctly identified the source of his problems. It is his inability to stop drinking.

Mr. Cahill has completed several alcohol programs. Unlike some alcoholics, he genuinely works hard during those programs and is an active participant in therapy. The problem for him is maintaining sobriety when the program is over. As the Court may recall from Mr. Cahill's presentence report [¶¶ 31-33] and from his previous sentencing memorandum, he had a traumatic upbringing which underlies his substance abuse problems. So while he has completed several alcohol programs, his problems run so deep that they are not likely to be resolved without repeated efforts.

Mr. Cahill did very well in the Salvation Army Adult Rehabilitation Program. He completed the six month program, and he regrets not accepting an offer to stay on and reside there as a rent-paying resident. Looking back, he realizes he was too anxious to regain his independence and overestimated

- 2 -

the degree of his rehabilitation.  Counsel for the defendant has spoken to Mr. Cahill's former counselor at the Salvation Army, Joseph Kelly (tel. 203 865-0511), who indicated that the Salvation Army would readmit Mr. Cahill "in a heartbeat."  At present, Mr. Cahill is in state custody awaiting the resolution of state charges.  If convicted, he will likely receive a jail sentence.  Thus, he will be held accountable for his actions.  The question remains how best to address his federal violations.

Mr. Cahill is not looking at a long federal sentence, and therefore, the reality of this case is that soon, within a matter of months, Mr. Cahill will be back in the community.  A sentence of incarceration is not likely to improve his chances of remaining sober.  Those chances are only enhanced by further alcohol treatment.  The defendant respectfully proposes that, after his state incarceration ends, he be restored to federal supervision with a condition that he once again complete the Salvation Army program.  As the Court may know, that program is a no-nonsense, long term program that requires its residents to work for the Salvation Army in its charitable mission and tests its residents every time they return from being outside the facility (e.g., after delivering clothing to one of the Salvation Army stores, residents must submit to alcohol and drug testing).  Mr. Cahill will lose his liberty at that program for at least six months, so his violations of federal supervision will not go unpunished.

Respectfully submitted,

The Defendant,
Allen Cahill

Thomas G. Dennis
Federal Defender


Dated:  March 15, 2007        _____
                              Terence S. Ward
                              Asst. Federal Defender
                              10 Columbus Blvd, FL 6
                              Hartford, CT 06106-1976
                              Bar No. Ct00023
                              (860) 493-6260
                              Email: terence.ward@fd.org

- 3 -

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that on March 15, 2007, a copy of the foregoing memorandum re: revocation hearing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


      <u>/s/ Terence S. Ward</u>
      ct00023
      Office of the Federal Defender
      10 Columbus Blvd, 6th FL
      Hartford, CT 06106
      Phone: (860) 493-6260
      Fax: (860) 493-6269
      Email: terence.ward@fd.org