**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, HARTFORD CORRECTIONAL CENTER, HARTFORD, CONNECTICUT, THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES,**
**G R E E T I N G S:**

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of ALLEN CAHILL, Inmate No. 287211, DOB: 11/20/62, now detained under your custody as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said ALLEN CAHILL before the Honorable Janet C. Hall, United States District Court, District of Connecticut, at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, on Wednesday, March 21, 2007 at 9:30 a.m., or from time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said ALLEN CAHILL for violations of Title 18, United States Code, Section 18 U.S.C. § 3583 and immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said ALLEN CAHILL to the Warden, Hartford Correctional Center, Hartford, Connecticut under safe and secure conduct.

_____
CLERK, U.S. DISTRICT COURT

_____
DEPUTY CLERK

The foregoing Writ is hereby allowed.  Dated at New Haven, Connecticut, this _____ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : DOCKET NO.3:03CR288(JCH) |
| ALLEN CAHILL | : March 19, 2007 |

APPLICATION FOR WRIT OF
<u>HABEAS CORPUS AD PROSEQUENDUM</u>

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Michael E. Runowicz, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Wednesday, March 21, 2007 at 9:30 a.m., there will come before this Court at Hartford, Connecticut, the criminal case of <u>UNITED STATES v. ALLEN CAHILL</u>, Criminal No.3:03CR288(JCH), for violations of conditions of a previously imposed sentence of probation.

2. That the above named defendant, ALLEN CAHILL, Inmate No. 287211, DOB: 11/20/62 is to be arraigned on charges in violation of Title 18, United States Code, Section 3583.

3. That the said ALLEN CAHILL, is now confined at the Hartford Correctional Center in Hartford, Connecticut.

4. That the said ALLEN CAHILL should be presented before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be

prosecuted for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that the Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Hartford Correctional Center in Hartford, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said ALLEN CAHILL at the United States Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut, and from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


MICHAEL E. RUNOWICZ
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct08084
P.O. BOX 1824
NEW HAVEN, CONNECTICUT 06508
(203) 821-3700

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : |
| | :   ss New Haven, March 19, 2007 |
| | : |
| COUNTY OF NEW HAVEN | : |

    Personally appeared before me Michael E. Runowicz, Assistant United States Attorney for the District of Connecticut, to me know, who, on oath, states that he has read the foregoing application, that he is familiar with the contents of same, that same is true of his own knowledge except as to such matters therein alleged to be on information and belief, and as to such matters he believes to be true.

 

_____
NOTARY PUBLIC