UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR288(JCH) |
| ALLEN CAHILL | : | May 24, 2007 |

MOTION TO CONTINUE REVOCATION HEARING

The defendant is at present scheduled to have a probation revocation hearing on June 5, 2007. At the last hearing on this matter, the Court expressed its desire to proceed with this hearing only after the state criminal charges against the defendant have been resolved. Mr. Cahill has state court hearings scheduled for June 11, 2007 and June 15, 2007. Accordingly, the defendant respectfully moves the Court to continue the revocation hearing until a date in July.

The government has no objection to the granting of this motion. This is the first motion that the defendant has filed, although the Court has once previously rescheduled this matter after a telephone report that the state cases had not yet been resolved.

With respect to rescheduling this matter, counsel for the defendant respectfully informs the Court that he has plans to be out of the district from July 31 to August 5, 2007 and from August 27 to September 4, 2007. If it is possible to avoid those dates, counsel would greatly appreciate it.

                              Respectfully submitted,

                              The Defendant,
                              Allen Cahill

                              Thomas G. Dennis
                              Federal Defender

Dated: May 24, 2007

                              Terence S. Ward
                              Asst. Federal Defender
                              10 Columbus Blvd, FL 6
                              Hartford, CT 06106-1976
                              Bar No. Ct00023
                              (860) 493-6260
                              Email: terence.ward@fd.org

- 2 -

<u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on May 24, 2007, a copy of the foregoing motion to continue was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/
Terence S. Ward