UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR288(JCH) |
| ALLEN CAHILL | : | July 20, 2007 |

## MOTION TO CONTINUE REVOCATION HEARING

The defendant is at present scheduled to have a probation revocation hearing on July 25, 2007. At the last hearing on this matter, the Court expressed its desire to proceed with this hearing only after the pending state charges against the defendant have been resolved. Mr. Cahill has a state court hearing scheduled for August 2, 2007 in the Superior Court in Meriden. The defendant expects to resolve that case that day. Accordingly, the defendant respectfully moves the Court to continue the revocation hearing until a date in August after August 2 or until September.

The government has no objection to the granting of this motion. This is the second motion that the defendant has filed, although the Court has once previously rescheduled this matter after a telephone report that the state cases had not yet been resolved.

With respect to rescheduling this matter, counsel for the defendant has previously informed the Court that he has plans to be out of the district from July 31 to August 5, 2007 and from August 27 to September 4, 2007. The government's counsel will be away from August 9 until August 22, 2007. If it is possible to avoid those dates, counsel would greatly appreciate it.

- 2 -

Respectfully submitted,

The Defendant,
Allen Cahill

Thomas G. Dennis
Federal Defender

Dated: July 20, 2007

Terence S. Ward
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. Ct00023
(860) 493-6260
Email: terence.ward@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2007, a copy of the foregoing motion to continue was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
Terence S. Ward